**No. 59517.**—The A. W. Fenton Company, Inc. *v.* United States, protests 202267–K, etc. (Cleveland).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

**No. 59518.**—The A. W. Fenton Co., Inc. *v.* United States, protests 202285–K, etc. (Cleveland).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

**No. 59519.**—Ben S. Armstrong et al. *v.* United States, protests 214347–K, etc. (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, DECEMBER 2, 1955

**No. 59520.**—Colin M. Pence *v.* United States, petitions 6956–R and 6957–R (Indianapolis).

OLIVER, Chief Judge: The provisions of section 489 of the Tariff Act of 1930 are invoked in this case to obtain remission of additional duties accruing by reason of the final appraised value exceeding the entered value of certain chemical products exported from Leghorn, Italy, and entered at the port of Indianapolis, Ind.